# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF

v.                            No. 2:21-cr-2-DPM

MIGUEL GUERRERO                        DEFENDANT

## ORDER

1.      After conferring with counsel, Miguel Guerrero consented to a plea hearing before Magistrate Judge Beth Deere.  On *de novo* review, the Court adopts her recommendation, *Doc. 31*.  No objections were filed and the time to do so has passed.

2.      On 1 August 20219 in the Eastern District of Arkansas, Guerrero knowingly possessed a prohibited object, methamphetamine, while he was an inmate in FCC Forrest City, as charged in count three of the Indictment.  He made a knowing and voluntary choice to plead guilty under the terms of his proposed plea agreement.   The Court has reviewed and accepts that agreement.  Fed. R. Crim. P. 11(c)(3)(A).

3.      The Court accepts Guerrero's guilty plea and convicts him of the offense.  The United States' oral motion to dismiss is granted.  Counts one, two, and four of the Indictment are dismissed without prejudice as to Guerrero.

4.      A hearing notice for sentencing and a Scheduling Order will issue.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_12 April 2023_